UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>DEFENDANT NO. 1: APPROXIMATELY  )<br>$3,398.00 IN UNITED STATES CURRENCY,  )<br>More or less;  )<br>  )<br>DEFENDANT NO. 2: A GLOCK MODEL 23,  )<br>.40 CALIBER, S/N UXK806;  )<br>  )<br>DEFENDANT NO. 3: AMMUNITION;  )<br>  )<br>DEFENDANT NO.4: SCALES;   and  )<br>  )<br>DEFENDANT NO. 5: GRINDER;  )<br>  )<br>Defendants.  )<br>  ) | Case No. 20-cv-1238-EFM-IPO |

## COMPLAINT FOR FORFEITURE IN REM

Plaintiff, United States of America, by and through its attorneys, Stephen R. McAllister, United States Attorney for the District of Kansas, and Annette Gurney, Assistant United States Attorney, brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

## NATURE OF THE ACTION

1. This is an action to forfeit and condemn to the use and benefit of the United States of America the above-captioned property (hereinafter defendants), for violations of 21 U.S.C. § 841.

## THE DEFENDANTS IN REM

2. The defendants consist of:

A. Approximately $3,398.00 in United States currency seized by the Wichita Police Department (WPD) on or about June 06, 2018;

B. A Glock model 23, .40 caliber, S/N UXK806;

C. Ammunition;

D. Scales: and

E. Grinder.

3. The defendants were seized by the WPD on or about June 6, 2018. Currently, the defendants are in the custody of either the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) or the WPD.

## JURISDICTION AND VENUE

4. Plaintiff brings this action *in rem* in its own right to forfeit and condemn the defendants. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. §1345, and over an action for forfeiture under 28 U.S.C. §1355.

5. This Court has *in rem* jurisdiction over the defendants under 28 U.S.C. §1355(b). Upon filing this complaint, the plaintiff requests that the Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b), which the plaintiff will execute upon the defendants pursuant to 28 U.S.C. §1355(d) and Supplemental Rule G(3)(c).

6. Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1), because the acts or omissions giving rise to the forfeiture occurred in this district and/or pursuant to 28 U.S.C. §1395, because the defendants are located in this district.

## BASIS FOR FORFEITURE

7. Defendants No. 1-5 are subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) because they constitute: 1) money, negotiable instruments, securities and other things of value furnished or intended to be furnished in exchange for a controlled substance in violation of the

Controlled Substances Act; and/or 2) proceeds traceable to such an exchange; and/or 3) were used or intended to be used to facilitate a violation of the Controlled Substances Act.

8. Defendants No. 2 and 3 are subject to forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) because they were involved in or used in a violation of the Controlled Substances Act, or were intended to be used in a violation of the Controlled Substances Act.

9. Defendant No. 2 is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(11) as it was used or intended to be used to facilitate the transportation, sale, receipt, possession, or concealment of controlled substances.

10. Supplemental Rule G(2)(f) requires this complaint to state sufficiently detailed facts to support a reasonable belief that the United States will be able to meet its burden of proof at trial. Such facts and circumstances supporting the seizure and forfeiture of the defendants are contained in Exhibit A which is attached hereto and incorporated by reference.

## CLAIM FOR RELIEF

WHEREFORE, the plaintiff requests that the Court issue a warrant of arrest *in* rem for the defendants; that notice of this action be given to all persons who reasonably appear to be potential claimants of interests in the defendants; that the defendants be forfeited and condemned to the United States of America; that the plaintiff be awarded its costs and disbursements in this action; and for such other and further relief as this Court deems proper and just.

The United States hereby requests that trial of the above-entitled matter be held in the City of Wichita, Kansas.

Respectfully submitted,
STEPHEN R. MCALLISTER
United States Attorney

*/s/ Annette Gurney*
ANNETTE GURNEY, #11602

3

                                        Assistant United States Attorney
                                        1200 Epic Center, 301 N. Main
                                        Wichita, Kansas 67202
                                        (316) 269-6481
                                        Fax: (316) 269-6484
                                        Annette.gurney@usdoj.gov

## DECLARATION

I, Aaron Chaffee, Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives in the District of Kansas, have read the contents of the foregoing Complaint for Forfeiture in Rem and the exhibit thereto, and the statements contained there are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this __8__ day of September, 2020.

_____
Aaron Chaffee
Special Agent
ATF

## AFFIDAVIT IN SUPPORT OF COMPLAINT FOR FORFEITURE

I, Aaron L. Chaffee, (hereinafter referred to as Affiant) being duly sworn, declare and state:

1. Affiant has been employed as a Special Agent with the Alcohol Tobacco and Firearms (ATF) since January 2015. Affiant is currently assigned to the Wichita Field Office in Wichita, KS. As a Special Agent with ATF, affiant attended the Federal Law Enforcement Training Center's Criminal Investigator Training Program and ATF Special Agent Basic Training. Prior to being employed by ATF, affiant was employed by the Wichita Police Department (WPD). Affiant was assigned positions within the WPD as Special Community Action Team officer and a Gang Intelligence officer, that specialized in violent crime, gang crime, and drug related investigations. Affiant has received training in arson, explosives, firearms, tobacco, violent crime, gang related investigation and drug trafficking investigations. Affiant has conducted and/or participated in investigations involving, explosives, firearms, controlled substances, and violent crimes. Affiant has utilized confidential informants to obtain information and evidence, conducted thousands of interviews of suspects and witnesses, written and executed state/federal search warrants, and written and executed state/federal arrest warrants. Affiant has conducted and/or participated in investigations resulting in the seizure of contraband, currency, vehicles, and other evidentiary items related to drug and violent crime investigations. Affiant has received additional training by ATF, Advanced Investigative Techniques, into investigating RICO/VICAR and other complex investigations. Affiant has a Bachelor of Science degree in Criminal Justice.

2. This affidavit is made in support of a Complaint for Forfeiture in Rem for the following property:

      A.      Approximately $3,398.00 in United State currency seized by the WPD on or about June 06, 2018;

      B.      A Glock model 23, .40 caliber, S/N UXK806;

      C.      Ammunition;

      D.      Scales; and

      E.      Grinder.

3.    The facts set forth in this affidavit are based upon my personal observations, my training and experience, information obtained from other law enforcement officers and witnesses, and other sources of information. This affidavit is in support of a complaint for forfeiture *in rem* and does not purport to set forth all of my knowledge of or investigation into this matter.

**STATEMENT OF PROBABLE CAUSE**

4.    I know the following from reviewing WPD reports, documents and other items, as well as speaking with WPD personnel:

5.    On June 05, 2018, a WPD patrol officer stopped to check an occupied vehicle sitting behind Wichita East High School at 2301 E. Douglas, Wichita, Kansas.

6.    The patrol officer noticed that the vehicle was occupied by a male driver and a female passenger. The officer also noticed that there was an odor of marijuana emitting from the vehicle and after the male driver exited the vehicle as ordered by the officer, the officer noticed green loose leafy substance on the driver's seat. The male driver then proceeded to run on foot from the scene eluding the officer for a short time. Once the driver was caught and detained the officer returned to the scene of the vehicle and searched it finding six separate plastic bags of marijuana, scales, grinder, $3,398.00 in U.S. currency, and a loaded Glock model 23, .40 caliber, S/N UXK806. The approximate total weight of the marijuana was 97 grams. The driver was

identified as Carletos Amaro and admitted to distributing the marijuana but not selling it.

7. Based on the foregoing, I have probable cause to believe that the items listed in paragraph 2, above, are subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) because they constitute 1) money, negotiable instruments, securities and other things of value furnished or intended to be furnished in exchange for a controlled substance in violation of the Controlled Substances Act; and/or 2) proceeds traceable to such an exchange; and/or 3) were used or intended to be used to facilitate a violation of the Controlled Substances Act.

8. Based on the foregoing, I have probable cause to believe that the firearm identified in paragraph 2, above, is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(11) as it was used or intended to be used to facilitate the transportation, sale, receipt, possession, or concealment of controlled substances.

9. Based on the foregoing, I have probable cause to believe that the firearm and ammunition identified in paragraph 2, above, are also subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1) as they were involved in or used in a violation of the Controlled Substances Act, or were intended to be used in a violation of the Controlled Substances Act.

_A. Chaffee 5536 SA/ATF_
Aaron Chaffee
Special Agent
ATF

Subscribed and sworn to before me on this __8__ day of September, 2020

MICHELLE R. KELLOGG
Notary Public - State of Kansas
My Appt. Expires

_Michelle R Kellogg_
Michelle R. Kellogg
Notary Public

My commission expires: 11/02/2022